Damion D. D. Robinson, SBN 262573
dr@robinsonmarkevitch.com
ROBINSON MARKEVITCH & PARKER LLP
8430 Santa Monica Blvd., Suite 200
West Hollywood, CA 90069
Tel. (213) 757-7778

Valdi Licul (Pro Hac Vice)
vlicul@wigdorlaw.com
William Baker (Pro Hac Vice)
wbaker@wigdorlaw.com
WIGDOR LLP
85 5th Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800

*Attorneys for Plaintiffs Tayler Ulmer,
Sergio Giancaspro, Cori Ershowsky, Alexis
Geraci, Jamere Bowers, Adaku Ibekwe, and
all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| TAYLER ULMER; SERGIO GIANCASPRO; CORI ERSHOWSKY; ALEXIS GERACI; JAMERE BOWERS; and ADAKU IBEKWE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STREETTEAM SOFTWARE, LLC d/b/a POLLEN; NETWORK TRAVEL EXPERIENCES, INC; JUSEXPERIENCES UK LIMITED; CALLUM NEGUS-FANCEY; LIAM NEGUS-FANCEY; and JAMES ELLIS,<br><br>Defendants. | **Case No. 2:23-cv-2226-HDV (AGRx)**<br><br>**PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM**<br><br>Action Filed: 9/22/2022<br>Trial Date:    March 24, 2026 |

The parties have exchanged drafts of their respective verdict forms, but have been unable to reach agreement as to the contents. Accordingly, each side is submitting its proposed verdict form.

- 2 -

## Special Verdict Form No. 1

### Breach of Severance Agreements

We answer the questions submitted to us as follows:

**1.** Did StreetTeam Software, LLC and/or Network Travel Experiences, Inc. enter into severance agreements with their employees?

As to StreetTeam Software, LLC:

☐ Yes        ☐ No

As to Network Travel Experiences, Inc.

☐ Yes        ☐ No

If your answer to question 1 is **YES** as to either company or both companies, then answer question 2.

If you answered **NO** as to both companies, stop here, answer no further questions on this form, and have the presiding juror sign and date this form. Then move on to Special Verdict Form No. 2.

**2.** Did StreetTeam Software, LLC and/or Network Travel Experiences, Inc. fail to pay amounts due under the severance agreements?

As to StreetTeam Software, LLC:

☐ Yes        ☐ No

As to Network Travel Experiences, Inc.

☐ Yes        ☐ No

If your answer to question 2 is **YES** as to either company or both companies, then answer question 3.

If you answered **NO** as to both companies, stop here, answer no further questions on this form, and have the presiding juror sign and date this form. Then move on to Special Verdict Form No. 2.

- 3 -

PLAINTIFFS' PROPOSED VERDICT FORM

3.   Were the employees with severance agreements harmed by StreetTeam Software, LLC and/or Network Travel Experiences, Inc.'s failure to pay amounts owed under the severance agreements.

StreetTeam Software, LLC

☐ Yes        ☐ No

Network Travel Experiences, Inc.

☐ Yes        ☐ No

If your answer to question 3 is **YES** as to either company or both companies, then answer question 4.

If you answered **NO** as to both companies, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 2.

4.   What are employees' damages for failure to pay severance required under the severance agreements?

**$** _____

Signed: _____
                                   Presiding Juror

Date: _____

Please move on to Special Verdict Form No. 2

**Source(s)**:  CACI VF-300 (Breach of Contract)

- 4 -

PLAINTIFFS' PROPOSED VERDICT FORM

**Special Verdict Form No. 2**

**Intentional Misrepresentation**

We answer the questions submitted to us as follows:

1.      Did any of the following Defendants make a false representation of fact to employees?

☐ StreetTeam Software, LLC
☐ Network Travel Experiences, Inc.
☐ Callum Negus-Fancey
☐ Liam Negus-Fancey
☐ James Ellis
☐ None of the above

If your answer to question 1 is **<u>YES</u>** as to any of the individuals or companies, then answer question 2.

If you answered **<u>"None of the above"</u>** stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 3.

2.      Did any of the following Defendants know that the representation he or it made was false, or did or it make the representation recklessly and without regard for its truth?

Select all that apply. Only answer as to any individual or company you selected in response to question 1, above.

☐ StreetTeam Software, LLC
☐ Network Travel Experiences, Inc.
☐ Callum Negus-Fancey
☐ Liam Negus-Fancey
☐ James Ellis
☐ None of the above

- 5 -

PLAINTIFFS' PROPOSED VERDICT FORM

If your answer to question 2 is **YES** as to any of the individuals or companies, then answer question 3.

If you answered **"None of the above"** stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 3.

3.    Did any of the following Defendants intend for employees to rely on the representations?

Select all that apply. Only answer as to any individual or company you selected in response to question 2, above.

☐ StreetTeam Software, LLC
☐ Network Travel Experiences, Inc.
☐ Callum Negus-Fancey
☐ Liam Negus-Fancey
☐ James Ellis
☐ None of the above

If your answer to question 3 is **YES** as to any of the individuals or companies, then answer question 4.

If you answered **"None of the above"** stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 3.

4.    Did employees reasonably rely on the representation(s)?

☐ Yes        ☐ No

If your answer to question 4 is **YES**, then answer question 5.

If you answered **NO**, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 3.

5.    Was employees' reliance a substantial factor in causing harm to those employees?

- 6 -

PLAINTIFFS' PROPOSED VERDICT FORM

☐ Yes      ☐ No

If your answer to question 5 is **YES**, then answer question 6.

If you answered **NO**, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 3.

6. What are employees' damages in terms of lost wages and benefits?

**$** _____

Please move on to question 7.

7. Was the conduct of any of the following individuals or companies oppressive, fraudulent, or malicious in making false representations to employees?

☐ StreetTeam Software, LLC
☐ Network Travel Experiences, Inc.
☐ Callum Negus-Fancey
☐ Liam Negus-Fancey
☐ James Ellis
☐ None of the above

If your answer to question 3 is **YES** as to either StreetTeam Software, LLC *or* Network Travel Experiences, Inc., then answer question 8.

Otherwise, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 3.

8. Was the fraudulent, oppressive, or malicious conduct authorized or ratified by an officer, director, or managing agent of StreetTeam Software, LLC and/or Network Travel, Experiences, Inc.

- 7 -

PLAINTIFFS' PROPOSED VERDICT FORM

StreetTeam Software, LLC

☐ Yes      ☐ No

Network Travel Experiences, Inc.

☐ Yes      ☐ No

Signed: _____
                    Presiding Juror

Date: _____

Please move on to Special Verdict Form No. 3

**Source(s):** CACI VF-1900

- 8 -

**Special Verdict Form No. 3**

**WARN Act**

We answer the question submitted to us as follows:

Do you find any of the following people liable for the violation of the WARN Act:

☐ Callum Negus-Fancey
☐ Liam Negus-Fancey
☐ James Ellis
☐ None of the above

Signed: _____
                    Presiding Juror

Date: _____

Please move on to Special Verdict Form No. 4

- 9 -

**Special Verdict Form No. 4**

**Fair Labor Standards Act**

We answer the questions submitted to us as follows:

1. Do you find any of the following people liable for the violations of the Fair Labor Standards Act?

☐ Callum Negus-Fancey
☐ Liam Negus-Fancey
☐ James Ellis
☐ None of the above

If your answer to question 1 is **YES** as to any of the individuals listed, then answer question 2.

If you answered **"None of the above"**, stop here, answer no further questions on this form, and have the presiding juror sign and date this form. Then move on to Special Verdict Form No. 3.

2. Did the defendants prove that the failure to pay employees minimum wage between July 1, 2022 and August 10, 2022 was in good faith?

☐ Yes        ☐ No

Signed: _____
                    Presiding Juror

Date: _____

Please move on to Special Verdict Form No. 5

- 10 -

PLAINTIFFS' PROPOSED VERDICT FORM

**Special Verdict Form No. 5**

**Unpaid Wages**

We answer the questions submitted to us as follows:

**1.** Do you find any of the following people liable for the failure to pay wages?

       ☐ Callum Negus-Fancey
       ☐ Liam Negus-Fancey
       ☐ James Ellis
       ☐ None of the above

If your answer to question 1 is **YES** as to any of the individuals listed, then answer question 2.

If you answered **"None of the above"**, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 6.

**2.**    Did the defendants prove that the failure to pay wages between July 1, 2022 and August 10, 2022 was in good faith?

    ☐ Yes      ☐ No

Please move on to question 3.

**3.**    Was the failure to pay wages willful?

    ☐ Yes      ☐ No

Please move on to question 4.

**4.**    Was the failure to pay wages oppressive, fraudulent, or malicious?

    ☐ Yes      ☐ No

PLAINTIFFS' PROPOSED VERDICT FORM

Signed: _____
Presiding Juror

Date: _____

Please move on to Special Verdict Form No. 5

PLAINTIFFS' PROPOSED VERDICT FORM

**Special Verdict Form No. 6**

**Wage Statements**

We answer the questions submitted to us as follows:

1.    Did StreetTeam Software, LLC and/or Network Travel Experiences fail to provide California employees accurate, itemized wage statements?

StreetTeam Software, LLC:

☐ Yes        ☐ No

Network Travel Experiences, Inc.:

☐ Yes        ☐ No

If your answer to question 1 is **YES** as to either company or both companies, then answer question 2.

If you answered **NO** as to both companies, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 2.

2.    For how many pay periods did StreetTeam Software, LLC and/or Network Travel Experiences fail to provide California employees accurate, itemized wage statements?

StreetTeam Software LLC:                    _____

Network Travel Experiences, Inc.:        _____

Please move on to question 3.

5.    Do you find any of the following people liable for the failure to issue accurate, itemized wage statements?

☐ Callum Negus-Fancey
☐ Liam Negus-Fancey
☐ James Ellis
☐ None of the above

- 13 -

PLAINTIFFS' PROPOSED VERDICT FORM

Signed: _____
Presiding Juror

Date: _____

Please move on to Special Verdict Form No. 7

- 14 -

**Special Verdict Form No. 7**

**Alter Ego**

We answer the question submitted to us as follows:

Do you find that any of the following individual defendants was the alter ego of the corporate defendants Network Travel Experiences, Inc. and StreetTeam Software, LLC

☐ Callum Negus-Fancey
☐ Liam Negus-Fancey
☐ James Ellis
☐ None of the above

Signed: _____
                         Presiding Juror

Date: _____

You have now completed the Special Verdict. After the Presiding Juror has signed and dated each Special Verdict Form, please return the completed forms to the Marshall.

- 15 -

PLAINTIFFS' PROPOSED VERDICT FORM