UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TAYLER ULMER, SERGIO GIANCASPRO, CORI ERSHOWSKY, ALEXIS GERACI, JAMERE BOWERS, and ADAKU IBEKWE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

STREETTEAM SOFTWARE, LLC d/b/a POLLEN, NETWORK TRAVEL EXPERIENCES, INC, JUSEXPERIENCES UK LIMITED, CALLUM NEGUS-FANCEY, LIAM NEGUS-FANCEY, and JAMES ELLIS

Defendants.

Case No.  2:23-cv-2226-HDV (AGRx)

**[PROPOSED] PLAINTIFFS' VOIR DIRE QUESTIONS**

Trial Date: 5/19/2026
Final Pretrial Conference: 5/4/2026

1.

Plaintiffs Tayler Ulmer, Sergio Giancaspro, Cori Ershowsky, Alexis Geraci, Jamere Bowers, and Adaku Ibekwe ("Plaintiffs") hereby submit the following voir dire questions:

**Additional Basic Biography Questions**

1. Has anyone heard of the company Pollen?

2. Has anyone heard or read any news coverage about Pollen?

3. Has anyone been to a festival or event put on by Pollen or purchased tickets or accommodations through Pollen?

4. Does anyone know somebody who they believe worked for the company Pollen?

5. What does your spouse or partner, if you have one, do for work?

6. What do your adult children, if any, do for work?

7. Has anyone sat on a jury before?

    a. Civil or criminal?

    b. State or federal?

    c. Were you the foreperson?

    d. Were you able to reach a verdict?

8. Has anyone participated in a lawsuit before—as a plaintiff, a defendant, or a witness?

9. Does anyone have any legal training?

**Work Experiences**

10. Have you, or has someone close to you, gone unpaid by an employer?

11. Is there anyone here who has never held full-time employment?

2.

12. Has anyone had a "gig-based" role such as working for Uber, Lyft, Doordash, or Postmates?

13. Does anyone here own a business?

    a. Does that business employ anyone?

14. Does anyone, as part of their work duties, perform payroll or HR functions?

15. Does anyone work as a manager, or manage employees as part of their job?

16. Have you ever worked for a company that went under?

17. Has anyone, or someone close to you, ever worked for a company that was in the travel industry? The entertainment industry?

18. Does anyone here believe that, generally, employers treat employees fairly? Unfairly?

**Collective Actions**

19. Have you ever been a named plaintiff in a class action?

20. Have you ever received compensation as a result of a wage action?

21. Have you ever received compensation as a result of a class action? What does that experience make you think/feel about class actions?

22. Do you agree with the statement: class actions only benefit lawyers, not class participants?

23. Do you agree with the statement: class action judgments award people too much money?

24. Do you think it's appropriate to award people back wages through lawsuits if they aren't paid by their employers?

25. Do you think it's appropriate to award people more money than just the wages that they are owed if their employers failed to pay them, as a penalty, if the law allows for it?

**This Case**

26. Does anyone have trouble with the idea that an individual who runs a business can be held personally liable for its failure to pay its employees?

27. Is there anyone here who believes that companies always pay their employees?

28. Does anyone believe that the COVID-19 pandemic is an excuse or justification for employers not paying their employees?

29. In addition to your own personal experiences, is there anything that causes you to start off on the side of the employee in an employment dispute, even just a little bit, before hearing any evidence in this case?

30. If any witnesses need to testify by Zoom, will you be able to give their testimony the same weight and credence as if they were testifying in the courtroom?

4.

Dated:        April 20, 2026        Respectfully submitted,

/s/ _____

**WIGDOR LLP**
SValdi Licul (Pro Hac Vice)
Meredith Firetog (Pro Hac Vice)
William Baker (Pro Hac Vice)
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel. (212) 257-6800

**ROBINSON MARKEVITCH & PARKER LLP**
Damion D. D. Robinson (SBN 262573)
damion.robinson@diamondmccarthy.com
8430 Santa Monica Blvd Ste. 200
West Hollywood, Ca 90069
Tel. (213) 757-7778

*Counsel for Plaintiffs*

5.